Frank E. Wells, Appellant, v. Westinghouse, Church, Kerr & Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No

opinion. Woodward, Gaynor, Rich and Miller, JJ., concurred. Hirschberg, P. J., not voting.